# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 14-10400-399 |
| GEORGE HENRY LIVERMORE III ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 14 filed by |
| ) | FREEDOMROAD FINANCIAL |
| ) | Acct: 5074 |
| ) | Amount: $15,349.47 |
| Debtor ) | Response Due: April 27, 2015 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 14

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim filed by FREEDOMROAD FINANCIAL dated March 30, 2015 for $15,349.47 was filed after the last day for filing claims in this case which was September 08, 2014, and said claim should be denied.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: April 06, 2015                     /s/ John V. LaBarge, Jr.
                                          John V. LaBarge, Jr.
OBJCLM--AC                                Standing Chapter 13 Trustee
                                          P.O. Box 430908
                                          St. Louis, MO  63143
                                          (314) 781-8100  Fax: (314) 781-8881
                                          trust33@ch13stl.com

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of April 06, 2015.

                                                             /s/ John V. LaBarge, Jr.

GEORGE HENRY LIVERMORE III  
PO BOX 942  
DEXTER, MO  63841  

THE LIMBAUGH FIRM  
PO BOX 1150  
CAPE GIRARDEAU, MO  63702-1150  

FREEDOMROAD FINANCIAL  
PO BOX 29426  
C/O CAPITAL RECOVERY #920016  
PHOENIX, AZ  85038-9426  

FREEDOMROAD FINANCIAL  
PO BOX 64090  
C/O CAPITAL RECOVERY GRP  
TUCSON, AZ  85728-4090